**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL H. PANICHELLA, on behalf of himself and all others similarly situated, | ) CIVIL DIVISION ) |
| Plaintiff, | ) No: 15-1304 ) ) US District Judge Cathy Bissoon ) |
| v. | ) ) |
| UNITED COLLECTION BUREAU, INC. and JOHN DOES 1-25, | ) **ELECTRONICALLY FILED** ) ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

AND NOW, come all the parties, by and through their respective counsel, and hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, and the Court is requested to enter an appropriate Order for the purpose of accomplishing the same. The parties further stipulate that each party shall bear the party's own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| **MOYNIHAN LAW** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| BY: *s/ Mark G. Moynihan* | BY: *s/Danielle M. Vugrinovich* |
| Mark G. Moynihan, Esquire | Danielle M. Vugrinovich, Esquire |
| PA ID #307622 | PA ID #88326 |
| **Attorney for Plaintiff** | **Attorney for Defendant, United Collection Bureau, Inc.** |
| 112 Washington Place, Suite 1-N | |
| Pittsburgh, PA  15219 | US Steel Tower, Suite 2900 |
| 412 889-8535 | 600 Grant Street |
| mark@moynihanlaw.net | Pittsburgh, PA  15219 |
| | 412 803-1185 |
| | dmvugrinovich@mdwcg.com |

LEGAL/103068636.v1